UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DEBBIE SANDS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 22-cv-259 |
| | * | |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

# COMPLAINT

Plaintiff, Debbie Sands ("Sands"), through undersigned counsel, for her Complaint against Midland National Life Insurance Company ("Midland"), alleges as follows:

## PARTIES

1. Sands is domiciled in Santa Clara County, California, and is a citizen of the State of California within the meaning and intent of 28 U.S.C. § 1332.

2. Midland is a corporation organized under the laws of the State of Iowa, with its principal place of business in Des Moines, Iowa. Midland is a citizen of the State of Iowa within the meaning and intent of 28 U.S.C. § 1332.

## JURISDICTION AND VENUE

3. The Court has diversity question jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Venue is proper in the United States District Court, Southern District of Iowa, Central Division, because Defendant is located in this district and material events occurred in this district.

## FACTUAL BACKGROUND

5. Midland issued two life insurance policies insuring the life of Eric Baxley (the "Insured").

6. Policy Number 1505078187 covered the Insured's life in the amount of $500,000, and Policy Number 1505056222 covered the Insured's life in the amount of $100,000.

7. The Insured died on March 5, 2022, at the age of 45 years.

8. At the time of his death, Sands was the designated beneficiary of record entitled to receive the death benefits due as a result of the Insured's death.

9. After the Insured's death, Sands submitted a claim for the death benefits.

10. After assuring Sands on multiple occasions that the death benefit would be paid in a matter of days, Midland has failed to make payment.

11. At the time of the Insured's death, the policies had been in force for more than two years and were not within a contestable period.

## CAUSES OF ACTION

12. Sands incorporates the allegations contained in Paragraphs 1-11 as if fully restated herein.

## COUNT I
### Breach of Contract

13. Policy Number 1505078187 and Policy Number 1505056222 are contracts that obligate Midland to pay the corresponding death benefits to the Insured's named beneficiary.

14. Sands is the named beneficiary of the policies' death benefits.

15. Midland's failure to perform its end of the agreement requiring it to pay Sands the death benefits owed to her constitutes a breach of each contract.

16. As a result of Midland's breach of the contracts, Sands has been damaged.

## COUNT II
### Declaratory Judgment

17. A dispute has arisen concerning whether or not Sands is entitled to the Insured's death benefits as a matter of law.

18. Thus, Sands seeks a declaratory judgment resolving the question of whether she is entitled to the death benefits.

19. Alternatively, to the extent Midland believes it is subject to multiple claims as to who is the proper beneficiary of the Insured's death benefits, Sands would consent to Midland converting the case to an interpleader matter in which all competing claimants may litigate entitlement to the death benefits among themselves.

20. Should the case be converted to an interpleader, Sands would consent to Midland's discharge and dismissal upon tendering the death benefits to the Court.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Debbie Sands, prays for judgment in her favor, costs, interest, attorney's fees to the extent authorized, and any other relief deemed just and proper.

DATED this 9th day of August, 2022.

          Respectfully submitted,

          */s/Matthew D. Callahan*
          Matthew D. Callanan
          Belin McCormick, P.C.
          666 Walnut Street, Suite 2000
          Des Moines, Iowa 50309-3989
          Direct Dial: (515) 283-4639
          Facsimile: (515) 558-0639
          Email: mdcallanan@belinmccormick.com

          and

          */s/ Michael J. Hoover*
          Michael J. Hoover *(Pro Hac Vice Forthcoming)*
          LA Bar No. 35497
          William J. Perry *(Pro Hac Vice Forthcoming)*
          LA Bar No. 19100
          Interpleader Law, LLC
          5800 One Perkins Place Dr., Suite 2A
          Baton Rouge, Louisiana 70808
          Telephone: (225) 246-8706
          Facsimile: (888) 200-3530
          Email: michael.hoover@interpleaderlaw.com
          Email: william.perry@interpleaderlaw.com

          *Attorneys for Plaintiff, Debbie Sands*